497 P.2d 1384

**Roy Lee POE, Plaintiff,**

v.

**John W. TURNER, Warden, Utah State Prison, Defendant.**

**No. 12931.**

Supreme Court of Utah.

June 6, 1972.

Roy Lee Poe, pro se.

Vernon B. Romney, Atty. Gen., Salt Lake City, for defendant.

CALLISTER, Chief Justice.

Plaintiff petitions this court for a writ of habeas corpus. Plaintiff has been convicted twice of murder in the first degree; after his first trial, he appealed to this court, and this court reversed and remanded the case for a new trial.[1] Upon retrial, plaintiff was again convicted of murder in the first degree and sentenced to life imprisonment; he appealed to this court, where he raised the identical issues currently asserted in his petition.[2] Plaintiff may not under the guise of this petition have a second opportunity to litigate the same issues.[3] The petition is denied.

TUCKETT, HENRIOD, ELLETT and CROCKETT, JJ., concur.

1. State v. Poe, 21 Utah 2d 113, 441 P.2d 512 (1968).

2. State v. Poe, 24 Utah 2d 355, 471 P.2d 870 (1970).

3. Leggroan v. Turner, 27 Utah 2d 403, 497 P.2d 17; Scandrett v. Turner, 26 Utah 2d 371, 489 P.2d 1186 (1971).